HAMELINE Co., INC., Respondent, v. HAROLD J. ORCUTT, Sued as " H. J. ORCUTT (Other and Better Name Unknown)," Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment and order are for plaintiff in an action to recover for work done under a contract.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

KENNETH S. SMITH, Respondent, v. PERMA-MAID Co., INC., Appellant, and CEDRIC VAN CISE, Defendant.— Order modified by striking out subdivision " b " of the fourth ordering paragraph and as modified affirmed, without costs of this appeal to either party. Memorandum: The appellant asks that the order appealed from be modified by striking out paragraph " b " of the fourth ordering paragraph of the order in question. The affidavit upon which the order is based fails to show that at the time of the accident and for a period of six months prior thereto or for any period less than six months prior thereto the defendant corporation had in its employ any employees in the same class as the defendant Van Cise. In the absence of such an allegation the Special Term should not have ordered the production of the records mentioned in said paragraph " b." All concur. (The order grants plaintiff's motion for an examination before trial, in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THEODORE TATON, Respondent, v. ROY S. ROWLAND, Doing Business as ROW-LAND MILK TANK SERVICE, Appellant. WALTER M. WNEK, Respondent, v. ROY S. ROWLAND, Doing Business as ROWLAND MILK TANK SERVICE, Appellant. ROY S. ROWLAND, Doing Business as ROWLAND MILK TANK SERVICE, Appellant, v. WALTER M. WNEK, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion to change the place of trial and grants a motion to consolidate three automobile negligence actions.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ALFRED COPE, Appellant, v. WILLIAM HARGREAVES, Respondent, and ANTHONY PIASECKI, Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ETHEL COPE, Appellant, v. WILLIAM HARGREAVES, Respondent, and ANTHONY PIASECKI, Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ARTHUR NUNN, Appellant, v. WILLIAM HARGREAVES, Respondent, and ANTHONY PIASECKI, Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

DORIS NUNN, Appellant, v. WILLIAM HARGREAVES, Respondent, and ANTHONY PIASECKI, Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MARGARET CARRIG, Respondent, v. CLARA OAKES, AMOR OAKES, Appellants, and JOHN H. O'HERN, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

LENA SPAMPATA, Respondent, v. FRANK SPAMPATA, Appellant.— Motion for reargument denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.